# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Branden Michael Wolfe

Defendant.

Docket No. 0864 0: 0:20CR00181 – 4 (PJS/BRT)

**ORDER MODIFYING
CONDITIONS OF RELEASE**

IT IS HEREBY ORDERED that the condition prohibiting the defendant's contact with codefendants be vacated.  All other conditions of release shall remain in effect.

Signed and executed this ___21st___ day of __December__ , 2020.

_____
Honorable Patrick J. Schiltz
U.S. District Judge