COMMITTED NAME: Bryce M Williams
REG. NO. & QTRS.: 22430-041 UNIT I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
20 DEC 2021 PM 4 L

RECEIVED BY MAIL
DEC 22 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

⇔22430-041⇔
Patrick Schiltz
300 S 4TH ST
Minneapolis, MN 55415
United States



SCANNED
DEC 22 2021
U.S. DISTRICT COURT MPLS

55415-132099